IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re SAMUEL T. COX.
_____/

No. C 13-2117 MEJ (PR)

**ORDER OF TRANSFER**

Plaintiff Samuel T. Cox, a state prisoner currently incarcerated at Folsom State Prison (FSP) in Represa, California, has filed a letter complaining of his treatment by staff at FSP, which the Court construes as an attempt to file a pro se complaint under 42 U.S.C. § 1983. Specifically, Plaintiff alleges that he suffers from medical problems which are untreated by FSP staff.

The acts complained of in his complaint occurred at FSP, located in Sacramento County which lies in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: May 10, 2013

Maria-Elena James
United States Magistrate Judge

Case 3:13-cv-02117-MEJ   Document 5   Filed 05/10/13   Page 2 of 2